**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH WELDON SMITH, | No. 08-99004 |
| Petitioner - Appellant, | D.C. No. 2:07-CV-00318-JCM-RJJ |
| v. | |
| E.K. MCDANIEL, Warden, | ORDER[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Argued and Submitted October 5, 2010
San Francisco, California

Before: KLEINFELD and GRABER, Circuit Judges, and MOLLOY, District Judge.[**]

Under Thompson v. Frank, 599 F.3d 1088, 1090 (9th Cir. 2010) (per curiam), we lack appellate jurisdiction to review the district court's stay-and-abeyance order. Accordingly, the appeal is DISMISSED.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The Honorable Donald W. Molloy, United States District Judge for the District of Montana, sitting by designation.